UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Peter G. Sheridan |
| v. | : | Crim. No. 10-398 (PGS) |
| DANIEL M. FURESZ | : | <u>FIRST CONTINUANCE ORDER</u> |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Aaron Mendelsohn, Assistant U.S. Attorney), and defendant Daniel M. Furesz (by Steven E. Savage, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has a right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to the continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Both the United States and the defendant would like to explore the possibility of negotiating a plea agreement, which would render trial of this matter unnecessary;

2. Defendant has consented to the aforementioned continuance; and

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the

continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this __7__ day of July, 2010,

ORDERED that this action be, and it hereby is, continued for a period of sixty (60) days from July 2, 2010; and it is further

ORDERED that the period from July 2, 2010 through and including August 31, 2010 shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

_____
HON. PETER G. SHERIDAN
United States District Judge

Form and entry
consented to:

_____
Aaron Mendelsohn
Assistant U.S. Attorney

_____
Steven E. Savage, Esq.
Counsel for Defendant Daniel M. Furesz