UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 10-398 (PGS) |
| v. | : | Hon. Peter G. Sheridan |
| DANIEL M. FURESZ | : | ORDER |

This matter having been come before the Court on August 25, 2010, pursuant to the motion of the defendant DANIEL M. FURESZ (Steven E. Savage, Esq., counsel), for a competency evaluation pursuant to Title 18, United States Code, Section 4241; the Court having heard the arguments of both the defendant and the United States (Paul J. Fishman, United States Attorney for the District of New Jersey, Aaron Mendelsohn, Assistant U.S. Attorney, appearing), in open court; and for good cause shown:

IT IS, on this __25__ day of August, 2010, hereby ORDERED as follows:

1.  Pursuant to Title 18, United States Code, Section 4241(a), the Court hereby finds that there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him and to assist properly in his defense;

2.  Pursuant to Title 18, United States Code, Sections 4241(b) and 4247(b), the defendant is hereby committed to the custody of the Attorney General for placement at a suitable facility for a reasonable period, not to exceed thirty (30) days, in order that a psychiatric or psychological evaluation of the defendant may be completed;

3.  The evaluation shall be conducted pursuant to Title 18, United States Code, Section 4247(c), and a report of the evaluation shall be filed under seal with the Court and copies provided to counsel for both the defendant and the Government

4. Pursuant to Title 18, United States Code, Section 4247(b), the Court hereby recommends that the defendant be committed to a suitable facility closest to the Court; and

5. Pursuant to Title 18, United States Code, Section 3161(h)(1)(A), all time from the date of this Order until the Court's final determination of the issue of the defendant's competency is hereby excluded for the purposes of the Speedy Trial Act of 1974.


_____
HON. PETER G. SHERIDAN
United States District Judge