# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL M. FURESZ | Criminal Action No.: 10-398 (PGS)<br><br><br>**ORDER** |

This matter comes before the Court as a result of the Court's August 25, 2010 Order requiring defendant DANIEL M. FURESZ (Steven E. Savage, Esq., counsel) to undergo a competency evaluation pursuant to 18 U.S.C. § 4241. The Court having received and read the October 26, 2010 Report of William J. Ryan, Ph.D., Forensic Psychologist, prepared pursuant to 18 U.S.C. § 4247(c); and the Court having heard oral argument in open court from both the defendant and the United States (Paul J. Fishman, United States Attorney for the District of New Jersey, Aaron Mendelsohn, Assistant United States Attorney) in accordance with 18 U.S.C. § 4247(d); and for good cause shown;

IT IS on this 22nd day of November 2010, ORDERED as follows:

1. Defendant is currently competent to stand trial; however, since his mental health condition may change, defendant shall continue to undergo observation and competency evaluations by Dr. Ryan as Dr. Ryan deems necessary through the duration of trial;

2. Dr. Ryan shall apprise the Court of defendant's competency in advance of February 21, 2011 (motion hearing), and February 28, 2011 (trial). In the event that Dr. Ryan requires multiple sessions with defendant, he must advise the United States Attorney and other federal authorities who, in turn, may redesignate defendant's housing for better access;

3. Dr. Ryan may apprise the Court of defendant's competency by either teleconference or writing;

4. All motions of defendant shall be filed by January 31, 2011;

5. The response of the United States shall be filed by February 14, 2011;

6. A hearing on the motion(s) shall be on February 21, 2011, at 10:00 a.m.;

7. Trial shall commence in this matter on February 28, 2011 at 10:00 a.m.; and

8. Trial briefs, voir dire questions, and jury charges shall be submitted to the Court by February 21, 2011.

_____
PETER G. SHERIDAN, U.S.D.J.

November 22, 2010