SO ORDERED: [signature]
DATED: 2/3/11

February 3, 2011

Hon. Peter G. Sheridan
United States District Court for the District of New Jersey
402 East State Street
Trenton NJ 08608

Re: <u>United States v. Furesz</u>, Daniel, Cr. #10-398 CJA Appointment Request

Our File Name: Furesz, Daniel

**VIA EMAIL @ Dolores_Hicks@njd.uscourts.gov and ECF**

Dear Judge Sheridan:

    As your honor will recall, I represent the Defendant, Daniel M. Furesz, in the above-referenced case currently before the Court. As you will hopefully also recall, we have conferenced with the Court and the Government that Mr. Furesz, who was in a position to retain my firm one year ago for his State case, is now indigent. Therefore, I hereby respectfully request that, pursuant to our previous conversations on this matter, you grant me CJA status, effective approximately June 15, 2010, so that I may collect a fee and expenses related to representing him before this honorable Court.
    I humbly thank you in advance of your granting me this case-specific status.

Very truly yours,

[signature]

Steven E. Savage
Attorney-At-Law

cc: Mr. Daniel M. Furesz
    Aaron Mendelsohn, Esq., for the Government,
    via email at aaron.mendelsohn@usdoj.gov



The Law Offices of Steven E. Savage
384 Market Street, Suite C
Newark, New Jersey 07105
973.954.4354 (direct)
973.732.1342 (facsimile)
ssavage2007@verizon.net (email)