UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL M. FURESZ | Criminal Action No.: 10-398 (PGS)<br><br>ORDER |

This matter comes before the Court on Defendant Daniel M. Furesz's Application to Dismiss the Indictment against Daniel M. Furesz; and the Court having reviewed the papers submitted by the parties; and the Court having heard oral argument from the parties on February 3, 2011; and for the reasons set forth on the record on February 3, 2011; and for good cause shown;

It is on this 3rd day of February 2011, ORDERED that Defendant's Application to Dismiss the Indictment against Daniel M. Furesz is denied.

_____
PETER G. SHERIDAN, U.S.D.J.

February 3, 2011