UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Peter G. Sheridan |
| v. | : | Crim. No. 10-398 (PGS) |
| DANIEL M. FURESZ | : | <u>CONTINUANCE ORDER</u> |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Aaron Mendelsohn, Assistant U.S. Attorney), and defendant Daniel M. Furesz (by Steven E. Savage, Esq.) for an order granting a fourth continuance of the proceedings in the above-captioned matter from and including January 31, 2011 through and including February 28, 2011, and the defendant being aware that he has a right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to the continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. the parties are continuing their efforts to negotiate a plea agreement, which if entered would render trial of this matter unnecessary;

      2.  the defendant requires additional time to prepare and file potential pre-trial motions;

      3.  pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

      4.  pursuant to Title 18 of the United States Code, Section 3161(h)(7)(B)(iv), failure to grant the continuance would unreasonably deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      WHEREFORE, on this __3__ day of February, 2011,

      ORDERED that this action be, and it hereby is, continued for a period of twenty-eight (28) days from January 31, 2011; and it is further

      ORDERED that the period from January 31, 2011 through and including February 28, 2011 shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

_____
HON. PETER G. SHERIDAN
United States District Judge

Form and entry
consented to:

_____
Aaron Mendelsohn
Assistant U.S. Attorney

_____
Steven E. Savage, Esq.
Counsel for Defendant Daniel M. Furesz