UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL M. FURESZ | Criminal Action No.: 10-398 (PGS)<br><br>Hon. Peter G. Sheridan<br><br>**ORDER** |

Whereas Defendant Daniel M. Furesz entered a plea of guilty on the record on February 24, 2011;

IT IS on this 24th day of February 2011, **ORDERED** that the outstanding motions on the docket are hereby moot. (ECF Nos. 26, 27, 28, and 29.)

                                                                  _____
                                                                  PETER G. SHERIDAN, U.S.D.J.

February 24, 2011