UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> DANIEL M. FURESZ | Criminal Action No.: 10-398 (PGS) <br><br> Hon. Peter G. Sheridan <br><br> **ORDER** |

This matter comes before the Court on Defendant Daniel M. Furesz's application for self-representation; and the Court having considered the papers submitted by the parties; and the Court having conducted a *Faretta* hearing on February 22, 2011; and for the reasons stated on the record on February 22, 2011; and for good cause shown;

IT IS on this 22nd day of February 2011, **ORDERED** as follows:

1. Mr. Furesz may represent himself *pro se* in all further proceedings and matters before this Court.

2. Mr. Savage will serve as stand-by counsel to assist Mr. Furesz in his self-representation.

_____
PETER G. SHERIDAN, U.S.D.J.

February 22, 2011