UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No.: 10-398 (PGS) |
| v. | Hon. Peter G. Sheridan |
| DANIEL M. FURESZ | **ORDER** |

This matter comes before the Court on two letters submitted to the Court by Mr. Furesz *pro se*; and the Court having considered Mr. Furesz's letter, dated March 1, 2011, as a renewed application for bail; and the Court having considered Mr. Furesz's letter, dated March 4, 2011, as a renewed application for bail and an application for "Right to a Fair and Speedy Trial"; and the Court having considered Mr. Furesz's submissions; and for the reasons set forth on the record on March 9, 2011; and for good cause shown;

IT IS on this 9th day of March 2011, **ORDERED** as follows:

1. Mr. Furesz's renewed applications for bail are denied.

2. The Court denies Mr. Furesz's application for "Right to a Fair and Speedy Trial" as it is moot in light of his guilty plea.

_____
PETER G. SHERIDAN, U.S.D.J.

March 9, 2011