# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

DANIEL M. FURESZ

Criminal Action No.: 10-398 (PGS)

Hon. Peter G. Sheridan

**ORDER**

Whereas Defendant Daniel M. Furesz submitted a *pro se* motion for bail (ECF No. 28.), the Court considered the papers submitted by Mr. Furesz, and the Court heard oral argument on February 22, 2011;

IT IS on this 22nd day of February 2011, **ORDERED** that Mr. Furesz's motion for bail (ECF No.28) is denied for the reasons stated on the record on February 22, 2011, and because Mr. Furesz failed to obtain a bail package from pre-trial services.

_____
PETER G. SHERIDAN, U.S.D.J.

February 22, 2011