UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL M. FURESZ | Criminal Action No.: 10-398 (PGS)<br><br>Hon. Peter G. Sheridan<br><br>**ORDER** |

Whereas this Court denied Defendant Daniel M. Furesz's *pro se* motion for bail (ECF No. 28.), on February 22, 2011; and

Whereas, the Court inadvertently ordered on February 24, 2011 (ECF No.35.) that such motion was rendered moot by Mr. Furesz's entrance of a guilty plea on February 24, 2011;

IT IS on this 10th day of March 2011, **ORDERED** that paragraph two of the Court's Order, dated February 24, 2011 (ECF No. 35.) is amended to read as follows:

"IT IS on this 24th day of February 2011, **ORDERED** that the outstanding motions on the docket are hereby moot. (ECF Nos. 26, 27, and 29.)"

_____
PETER G. SHERIDAN, U.S.D.J.

March 10, 2011