UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL M. FURESZ | Criminal Action No.: 10-398 (PGS)<br><br>Hon. Peter G. Sheridan<br><br>**ORDER** |

This matter comes before the Court on *pro se* Defendant Daniel M. Furesz's motion to withdraw his guilty plea (ECF No. 53.); and the Court having considered the papers submitted by the parties; and the Court having heard oral argument on said motion on April 26, 2011; and for the reasons stated on the record on April 26, 2011 and May 9, 2011; and for good cause shown;

IT IS on this 9th day of May 2011, **ORDERED** that Defendant's motion to withdraw his guilty plea is denied. (ECF No. 53.)

_____
PETER G. SHERIDAN, U.S.D.J.

May 9, 2011