# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
(609) 989-0508

CHAMBERS OF
PETER G. SHERIDAN
JUDGE

Clarkson Fisher Building and
U.S. Courthouse
402 East State Street
Trenton, NJ 08608

TO:        Daniel Furesz
           All Counsel of Record

FROM:      Peter G. Sheridan, U.S.D.J.

DATE:      May 11, 2011
_____

     Mr. Furesz submitted three letters to me which appears as docket entries 62, 63 and 64.   I will consider them as a motion for reconsideration.  The government may submit a response by May 26, 2011.

     No argument is necessary.