UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL M. FURESZ | Criminal Action No.: 10-398 (PGS)<br><br>Hon. Peter G. Sheridan<br><br>**ORDER** |

WHEREAS this matter comes before the Court on Defendant Daniel M. Furesz's ("Defendant's") application to (1) withdraw his *pro se* status, (2) have the Office of the Federal Public Defender re-appointed to represent him, and (3) dismiss Steven E. Savage, Esq. as stand-by counsel; and

WHEREAS Defendant has indicated that he has lost confidence and trust in the stand-by representation of Mr. Savage[1] and now believes that representation by counsel is more preferable than acting in a *pro se* capacity; and

WHEREAS the Court considered the submissions of the parties and heard oral argument on May 24, 2011; and

WHEREAS there is no opposition and good cause has been shown;

IT IS on this 25th day of May 2011, **ORDERED** as follows:

1. Mr. Savage is hereby dismissed as stand-by counsel to Defendant.

2. Defendant's motion to withdraw his *pro se* status and to have counsel appointed is granted.

---

[1] The Court is not making any findings regarding Defendant's allegations about Mr. Savage's representation. However, the Court notes that in its view, Mr. Savage was professional and diligent in handling all issues before the Court.

3. The Office of the Federal Public Defender is hereby re-appointed to serve as defense counsel to Defendant.

*[signature]*
PETER G. SHERIDAN, U.S.D.J.

May 25, 2011