**Daniel Furesz, 10-398**
Linda Foster to: Dolores Hicks                                    06/10/2011 07:00 PM
Cc: "Mendelsohn, Aaron (USANJ)", Patricia C Hagdorn

Hello Delores,

I am requesting additional time in which to file a motion of reconsideration of the Court's denial of Mr. Furesz's motion to retract his plea. The submission is due by June 15. I was out of the office during the week of May 31, 2011 at a federal defender conference. I have not had sufficient time to review the voluminous submissions in this case, nor was I able to visit Mr. Furesz at the jail this week. I am out of the office on Monday and Tuesday next week due to a scheduled vacation..

I will call the Court on Monday in order to address this adjournment request.

Thank you,

Linda D. Foster
Assistant Federal Public Defender
Office of the Federal Public Defender
1002 Broad Street
Newark, New Jersey 07102
(973) 645-6347
(973) 645-3101 Fax

*Brief is due 6/29/11.*
*Gov't response is due 7/13/11*
*Motions and sentencing will be heard on 7/21/11 at 10:00 am*

ORDERED: *Peter M Sheridan*
DATED: 6/13/11