RECEIVED
JUL 14 2016
AT 8:30_____M
WILLIAM T. WALSH
CLERK

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>DANIEL M. FURESZ<br><br>*Defendant*. | Criminal Action No. 10-398 (PGS)<br><br><br><br>**ORDER** |

This matter is before the Court on an Application to Terminate Supervised Release filed by Defendant Daniel M. Furesz (ECF No. 99); and the Court having considered the application;

**IT IS** on this 13th day of July, 2016;

**ORDERED** that Defendant's Application (ECF No. 99) is DENIED.

**Dated:** July 13, 2016

_____
PETER G. SHERIDAN, U.S.D.J.